UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD RIOS HERRERA,<br><br>        Petitioner,<br><br>    v.<br><br>BOBBY PHILLIPS, Facility Warden,<br><br>        Respondent. | No. EDCV 11-2023 SVW (FFM)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

       Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire record in this action, the attached Report and Recommendation of United States Magistrate Judge ("Report"), and the objections thereto.  Good cause appearing, the Court concurs with and accepts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a de novo determination of the portions to which objections were directed.

       IT IS ORDERED that judgment be entered dismissing the First Amended Petition on the merits with prejudice.

DATED: July 16, 2013

                                          STEPHEN V. WILSON<br>
                                          United States District Judge