UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RICHARD RIOS HERRERA, | ) | No. EDCV 11-2023 SVW (FFM) |
| Petitioner, | ) ) | |
| | ) | JUDGMENT |
| v. | ) ) | |
| BOBBY PHILLIPS, Facility Warden, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: July 16, 2013

_____
STEPHEN V. WILSON
United States District Judge